## UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **JOHN DOE,**<br>                **Plaintiff,**<br><br>v.<br><br>**BROWN UNIVERSITY,**<br>                **Defendant.** | **C.A. NO.: 15-144-S** |

## DEFENDANT BROWN UNIVERSITY'S
## OBJECTION TO PLAINTIFF'S MOTION TO SUPPLEMENT
## EXPERT REPORT OF ROBERT SANDY, Ph.D.

Defendant Brown University ("Brown") objects to Plaintiff's Motion to Supplement Expert Report of Robert Sandy, Ph.D. (ECF No. 97). Brown has filed a memorandum in support of its objection.

Plaintiff has requested oral argument on his motion, and Brown concurs with Plaintiff's estimate that the hearing should require approximately 40 minutes of the Court's time.

BROWN UNIVERSITY

By its Attorney,

/s/ Steven M. Richard

Steven M. Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI  02903
Tel:  (401) 454-1020
Fax:  (401) 454-1030
srichard@nixonpeabody.com

Dated:  December 22, 2017

4815-1320-0985.1

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of December, 2017, I filed and served Brown University's objection via the Court's CM/ECF system.

/s/ Steven M. Richard