UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---------------------------------------------------------------X
JOHN DOE,                                                         :     Civ. No. 15-cv-00144-S-LDA
                                                                  :
              **Plaintiff,**                                 :
                                                                  :
   -against-                                             :
                                                                  :
BROWN UNIVERSITY                                                  :
  in Providence in the State of Rhode Island                 :
  and Providence Plantations,                                :
                                                                  :
              **Defendant.**                                :
---------------------------------------------------------------X

**STIPULATION TO REVISE PRETRIAL ORDER**

Subject to the Court's approval, pursuant to Rule 16 of the Federal Rules of Civil Procedure, the parties stipulate for the Court to extend the deadlines under the current pretrial order (entered on December 19, 2017) due to the excusal of Samuel D. Zurier, Esq. for medical reasons. The parties move that the Court revise the schedule as follows:

1. Plaintiff's Objection and Cross-Motion for Summary Judgment to be filed by ~~1/19/2018~~ **2/9/2018** (only file one consolidated memorandum);

2. Defendant's Reply and the Objection to the Cross-Motion for Summary Judgment to be filed by ~~2/2/2018~~ **2/23/2018**; (only file one consolidated memorandum);

3. Plaintiff's Reply to be filed by ~~2/16/2018~~ **3/9/2018.**

Respectfully submitted,

| | |
|---|---|
| Defendant Brown University<br>By its attorneys | Plaintiff John Doe,<br>By his attorneys, |
| NIXON PEABODY LLP | NESENOFF & MILTENBERG, LLP<br>*Attorneys for Plaintiff John Doe* |
| By: /s/ Steven Richard<br>Steven Richard, Esq. (#4403)<br>One Citizens Plaza, Suite 500<br>Providence, RI  02903<br>Tel: (401)454-1020<br>Fax: (401) 454-1030 | By: /s/ Andrew T. Miltenberg<br>Andrew T. Miltenberg, Esq.(admitted *pro hac vice*)<br>Tara Davis, Esq. (admitted *pro hac vice*)<br>363 Seventh Avenue, Fifth Floor<br>New York, New York 10001<br>(212) 736-4500<br>tdavis@nmllplaw.com<br>amiltenberg@nmllplaw.com |

-and-

local counsel for Plaintiff John Doe,

By: /s/ Samuel D. Zurier
Samuel D. Zurier, Esq. (Bar No. 3576)
55 Dorrance Street, Suite 400
Providence, RI 02903
Tel: (401) 861-0200
Fax: (401) 861-2922
sdz@zurierlaw.com

January 26, 2018

## CERTIFICATE OF SERVICE

I hereby certify on this 26th day of January, 2018, I served a copy of this Stipulation upon the attorneys of record for each party to the above-entitled case via the Court's CM/ECF system.

/s/ Andrew T. Miltenberg