**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

-------------------------------------------------------------X

| | | |
|---|---|---|
| JOHN DOE, | : | Civ. No. 15-cv-00144-S-LDA |
| | : | |
| Plaintiff, | : | |
| | : | |
| -against- | : | |
| | : | |
| BROWN UNIVERSITY | : | |
| in Providence in the State of Rhode Island | : | |
| and Providence Plantations, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------X

**INDEX OF EXHIBITS CITED IN PLAINTIFF'S STATEMENT OF DISPUTED FACTS**
**AND INFERENCES WITH RESPECT TO DEFENDANT'S**
**MOTION FOR SUMMARY JUDGMENT**

| EXHIBIT NO. | DESCRIPTION | EXHIBITS FILED UNDER SEAL NOTED WITH "X" |
|---|---|---|
| 1 | Paxson Email April 26, 2014 | |
| 2 | Paxson Email May 9, 2014 | |
| 3 | Deposition of Christina Paxson dated March 13, 2017, p. 37 | **X** |
| 4 | Paxson Deposition, Exhibit 4 | **X** |
| 5 | SATF Interim Report, Appendix C | |
| 6 | SATF Interim Report, Appendix E | |
| 7 | SATF Interim Report, List of Members/Staff | |
| 8 | Deposition of Russell Carey Exhibits 9 and 10 | **X** |
| 9 | SATF Interim Report Cover Letter to President | |
| 10 | Deposition of Russell Carey dated May 18, 2017,  pp. 57, 75 and 93 | **X** |
| 11 | Brown Daily Herald article, November 30, 2015 Re: Rape List | |
| 12 | Brown Daily Herald article, April 23, 2014 Re: Lena Sclove Press Conference | |
| 13 | Brown Daily Herald article, May 23, 2014 Re: Lena Sclove OCR Complaint | |
| 14 | Lena Sclove OCR Complaint | |
| 15 | Legal Momentum Website | |

| 16 | Brown Daily Herald article, March 5, 2015 Re: Dean Ward | |
| 17 | Web of Caring | |
| 18 | Deposition of Margaret Klawunn dated February 24, 2017, p. 18 | **X** |
| 19 | Deposition of John Doe dated August 11, 2016, pp. 135-136 | **X** |
| 20 | BROWN 1491-1492-Klawunn Email | **X** |
| 20A | BROWN 1262 | **X** |
| 21 | BROWN 126-128-W&I Records | **X** |
| 22 | BROWN 1326-W&I Records | **X** |
| 23 | BROWN 536-600 | **X** |
| 24 | BROWN 602 | **X** |
| 25 | Brown Academic Calendar 2014-2015 | |
| 26 | Deposition of Matthew Dawson dated May 2, 2017, p. 43 | **X** |
| 27 | BROWN 3510-3512-Dawson Outline | **X** |
| 28 | BROWN 3537-McMillan Email | **X** |
| 29 | BROWN 3290-SCB Hearing | **X** |
| 30 | Chart of BROWN 3290 | **X** |
| 31 | Brown SCB Transcript Excerpts | **X** |
| 32 | Deposition of Joseph Meisel dated August 9, 2017, p. 40 | **X** |
| 33 | BROWN 1760-Meisel Email | **X** |

Plaintiff John Doe,
By his attorneys,

NESENOFF & MILTENBERG, LLP
*Attorneys for Plaintiff John Doe*

February 12, 2018

By: /s/ Andrew T. Miltenberg
Andrew T. Miltenberg, Esq.(admitted *pro hac vice*)
Tara Davis, Esq. (admitted *pro hac vice*)
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
tdavis@nmllplaw.com
amiltenberg@nmllplaw.com

-and-

local counsel for Plaintiff John Doe,

By: /s/ Samuel D. Zurier

February 12, 2018

Samuel D. Zurier, Esq. (Bar No. 3576)
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-0200
sdz@zurierlaw.com

CERTIFICATE OF SERVICE


I hereby certify on this 12th day of February, 2018, a copy of the foregoing was filed electronically with this Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system


/s/ Andrew T. Miltenberg
Andrew T. Miltenberg, Esq.