**EXHIBIT 1**

```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF RHODE ISLAND

JOHN DOE,                         )
                                  )
       Plaintiff,                 )
                                  )
   vs.                            ) Case No. 1:15-cv-00144-
                                  )            S-LDA
BROWN UNIVERSITY                  )
in Providence in the State of     )
Rhode Island and Providence       )
Plantations.                      )
                                  )
       Defendant.                 )
_____   )
```

CONFIDENTIAL DEPOSITION TRANSCRIPT OF MARGARET KLAWUNN

GOLETA, CALIFORNIA

FRIDAY, FEBRUARY 24, 2017

8:56 A.M. - 6:42 P.M.

REPORTED BY MELISSA PLOOY, CSR #13068

```
 1       Q.   So you don't know what happens once this
 2   complaint is submitted in writing?
 3       A.   Well, I do know what happens in terms of the
 4   process.  I assume she enters it into Maxient, but I
 5   don't do that part of the process.
 6       Q.   Okay.  So you're assuming that's what she does,
 7   but you don't know?
 8       A.   I think it would be correct to say she makes
 9   sure that it's in the record in the office of student
10   life within the judicial system.
11       Q.   When do you find out about it?
12       A.   I found out about it when I'm notified.
13       Q.   Of course.
14       A.   Uh-huh.
15       Q.   But when do you find out about it?  Within an
16   hour?  Within two hours?  By email?  By carrier pigeon?
17   When do you find out about it and how do you find out
18   about it?
19       A.   One thing we should say about 2014-2015 is that
20   Allen Ward was in the process of leaving the university
21   and so he was not in the senior associate dean role, and
22   for that time, I was filling the senior associate dean
23   role as his supervisor.
24       Q.   Before we go back to how and when you find out
25   about it, so Allen Ward is leaving.  How many roles are
```