**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CRIMINAL CASES**

| | |
|---|---|
| **CR16-31-S-LDA** | **USA v. Dillon Kantlehner** <br> Endangering Human Life while Manufacturing Controlled Substance |
| **CR16-103-S-PAS** | **USA v. Rafael Lara Sanquintin** <br> Conspiracy to Distribute Heroin |
| **CR17-41-S-LDA** | **USA v. Efrain Delacruz** <br> Bank Robbery |
| **CR17-53-S-LDA** | **USA v. Michael Miller** <br> Conspiracy to Distr. Heroin |
| **CR17-72-S-PAS** | **USA v. Leoner J. Leonardo** <br> Conspiracy to Distr. Heroin; Felon in Possession of a Firearm |
| **CR17-81-S-LDA** | **USA v. Marcus Collier** <br> Concealment of Bankruptcy Assets |
| **CR17-82-01-S-PAS** <br> **CR17-82-02-S-PAS** | **USA v. Diana Acevedo** <br> **USA v. Danys Rivera** <br> Concealment of Bankruptcy Assets |
| **CR17-94-S-PAS** | **USA v. Jhonmar Roman** <br> Possession w/Intent to Distr. Heroin |
| **CR17-95-S-PAS** | **USA v. Scott Arnum** <br> Possession w/Intent to Distr. Cocaine Base |
| **CR17-98-S-PAS** | **USA v. Tiffany Irizarry** <br> Conspiracy to Distribute Fentanyl |
| **CR17-99-S-PAS** | **USA v. Francis Scott** <br> Sexual Exploitation of a Minor |
| **CR17-116-S-PAS** | **USA v. Marcio Alexandro Martinez-Lara** <br> Distribution of Fentanyl |
| **CR18-06-S-PAS** | **USA v. Eric Valdez** <br> Felon in Possession of Ammunition |

| | |
|---|---|
| **CR18-12-01-S-PAS** | **USA v. Victor Lopez** |
| **CR18-12-02-S-PAS** | **USA v. Johanna Liranzo** |
| | Conspiracy to Possess w/Intent to Distr. Cocaine |

## CIVIL CASES (JURY)

| | |
|---|---|
| **CA15-144-S-LDA** | **John Doe v. Brown University** |
| | Civil Rights Violation |
| **CA16-538-S-PAS** | **Timothy Mendes v. Christopher Perreault, et al.** |
| | Civil Rights Act |
| **CA17-200-S-PAS** | **Raphael Genao, et al. v. Deutsche Bank National Trust Company, et al.** |
| | Removal: Real Property/Foreclosure |

## CIVIL CASES (NON-JURY)

NONE

## AMENDED TRIAL NOTICE

You are hereby notified that the above-captioned cases will begin empanelment on May 8th, 2018 at 9:30 AM and continue through May 9th, 2018. Trial counsel must be present for the empanelment of the jury unless excused by the Court. The above cases may or may not be reached for trial in the order listed. It is counsel's responsibility to keep informed of the status of their cases. Any pretrial memoranda *not previously filed* must be filed by May 1st, 2018.

Under Guideline 3E1.1(b)(2), only timely pleas qualify for a three level reduction for acceptance of responsibility. Any plea agreements or notices of intent to plead guilty must be filed at least seven (7) days prior to empanelment.

Counsel are reminded that every effort should be made to settle the case before jurors are summoned for empanelment. **Counsel are to advise the clerk of any such settlement and file a stipulation of dismissal no later than seven (7) days before the scheduled empanelment date.** Jury costs and/or counsel fees may be assessed against one or more of the parties and/or counsel if the Court determines that the lateness of settlement was due to unreasonable or vexatious conduct or neglect.

    Counsel must file a copy of their voir dire questions, and in civil cases, a brief statement of the facts no later than <u>May 1st, 2018</u>.

*[signature: WESmith]*

---

Judge William E. Smith
United States District Judge
date: April 13th, 2018