UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

```
-----------------------------------------------------------X
JOHN DOE,                                       :    Civ. No. 15-cv-00144-S-LDA
                                                :
                    Plaintiff,                  :
                                                :
         -against-                              :
                                                :
BROWN UNIVERSITY                                :
  in Providence in the State of Rhode Island    :
  and Providence Plantations,                   :
                                                :
                    Defendant.                  :
-----------------------------------------------------------X
```

**PLAINTIFF'S MOTION IN LIMINE**
**(DEAN SUAREZ INTAKE NOTES)**

Plaintiff John Doe moves *in limine* to exclude from the trial record a set of intake notes prepared by Dean Suarez, previously filed (under seal) with the Court as Exhibit 21 to Defendant Brown University's Statement of Undisputed Facts, CM/ECF 98-13.

Plaintiff submits herewith a Memorandum stating reasons in support of the Motion.

Respectfully submitted,

Plaintiff John Doe,
By his attorneys,

NESENOFF & MILTENBERG, LLP
*Attorneys for Plaintiff John Doe*

By: /s/ Andrew T. Miltenberg_____
Andrew T. Miltenberg, Esq.(admitted *pro hac vice*)
Tara Davis, Esq. (admitted *pro hac vice*)
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
tdavis@nmllplaw.com
amiltenberg@nmllplaw.com

July 27, 2018

        -and-

        local counsel for Plaintiff John Doe,

        By: /s/ Samuel D. Zurier
        Samuel D. Zurier, Esq. (Bar No. 3576)
        55 Dorrance Street, Suite 400
        Providence, RI 02903
        (401) 861-0200
        sdz@zurierlaw.com

July 27, 2018

## CERTIFICATE OF SERVICE

    I hereby certify on this 27th day of July, 2018, I served a copy of this Motion on Defendants' counsel via the Court's CM/ECF system.

        /s/    Samuel D. Zurier, Esq.