**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

### CRIMINAL CASES

| | |
|---|---|
| **CR16-50-S-PAS** | **USA v. Gaythorne Angell** |
| | Perjury |
| **CR16-106-01-S-PAS** | **USA v. Marino Antonio Tuburcio Guzman** |
| | Possession w/Intent to Distr. Cocaine |
| **CR17-32-01-S-PAS** | **USA v. Willy D. Espinal** |
| **CR17-32-02-S-PAS** | **USA v. Laura G. Martinez** |
| | Conspiracy to Possess w/Intent to Distr. Cocaine |
| **CR17-39-01-S-LDA** | **USA v. Reysean Williams** |
| **CR17-39-02-S-LDA** | **USA v. Leandro Gomes** |
| | Conspiracy to Sex Traffic a Child |
| **CR17-82-01-S-PAS** | **USA v. Diana Acevedo** |
| **CR17-82-02-S-PAS** | **USA v. Danys Rivera** |
| | Concealment of Bankruptcy Assets |
| **CR17-96-S-LDA** | **USA v. Matthew Riley** |
| | Transfer of Obscene Matter to a Minor |
| **CR17-123-02-S-LDA** | **USA v. Manuel C. Coradin** |
| **CR17-123-03-S-LDA** | **USA v. Antonio Oquenco Cancel** |
| | Conspiracy to Possess w/Intent to Distr. Cocaine Base |
| **CR17-125-S-PAS** | **USA v. Thomas M. Hammond** |
| | Attempt to Entice Minor to Sexual Activity |
| **CR18-06-S-PAS** | **USA v. Eric Valdez** |
| | Felon in Possession of Ammunition |
| **CR18-17-S-PAS** | **USA v. Michael Llorca** |
| | Possession of Child Pornography |
| **CR18-18-S-LDA** | **USA v. Robert L. MacGregor** |
| | Possession of Child Pornography |
| **CR18-29-S-PAS** | **USA v. Dennis Rivera** |
| | Possession w/Intent to Distr. Cocaine Base |

| | |
|---|---|
| **CR18-30-S-PAS** | **USA v. Ademola Kayode, Jr.**<br>Possession of a Firearm by User of a Controlled Substance |
| **CR18-33-S-PAS** | **USA v. Lucilo Mena**<br>False Statement During Purchase of a Firearm |
| **CR18-45-S-PAS** | **USA v. John Perras**<br>Charges of Escape |
| **CR18-46-S-PAS** | **USA v. Shawn Whitfield**<br>Conspiracy to Commit Wire Fraud |
| **CR18-66-S-LDA** | **USA v. Ariel Almonte**<br>Possession with Intent to Distr. Fentanyl |
| **CR18-68-S-PAS** | **USA v. Christopher Kinney**<br>Coercion and Enticement of a Minor |
| **CR1869-S-LDA** | **USA v. Jose A. Cortes**<br>Sexual Exploitation of a Minor |
| **CR18-84-S-PAS** | **USA v. Eufemio Aguilar**<br>Fraud and Misuse of Visas, Permits and Other Documents |
| **CR18-97-S-PAS** | **USA v. Carlos Rodriguez-Reina**<br>Illegal Re-entry |

**CIVIL CASES (JURY)**

| | |
|---|---|
| **CA15-144-WES-LDA** | **John Doe v. Brown University**[1]<br>Civil Rights Violation |

**CIVIL CASES(NON-JURY)**

| | |
|---|---|
| **CA17-67-WES-LDA** | **Therapy Resources Management LLC v. JBF Healthcare Management Inc., et al.**<br>Diversity: Account Receivable/Contract |

---

[1] CA15-144-WES will be empaneled on **Tuesday 9/25/18 at 9:30 AM**

**TRIAL NOTICE**

You are hereby notified that the above-captioned cases will begin empanelment on <u>September 5th, 2018</u> at <u>9:30 AM</u> and continue through <u>September 6th, 2018</u>. Trial counsel must be present for the empanelment of the jury unless excused by the Court. The above cases may or may not be reached for trial in the order listed. It is counsel's responsibility to keep informed of the status of their cases. Any pretrial memoranda *not previously filed* must be filed by <u>August 29th, 2018</u>.

Under Guideline 3E1.1(b)(2), only timely pleas qualify for a three level reduction for acceptance of responsibility. Any plea agreements or notices of intent to plead guilty must be filed at least seven (7) days prior to empanelment.

Counsel are reminded that every effort should be made to settle the case before jurors are summoned for empanelment. **Counsel are to advise the clerk of any such settlement and file a stipulation of dismissal no later than seven (7) days before the scheduled empanelment date.** Jury costs and/or counsel fees may be assessed against one or more of the parties and/or counsel if the Court determines that the lateness of settlement was due to unreasonable or vexatious conduct or neglect.

Counsel must file a copy of their voir dire questions, and in civil cases, a brief statement of the facts no later than <u>August 29th, 2018</u>.

*/s/ W.E. Smith*
_____
Judge William E. Smith
United States District Judge
date: August 9th, 2018