**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **JOHN DOE,**<br>             **Plaintiff,**<br><br>v.<br><br>**BROWN UNIVERSITY,**<br>             **Defendant.** | Civ. No.: 15-cv-00144-S-LDA |

**DISMISSAL STIPULATION**

Plaintiff John Doe and Defendant Brown University stipulate as follows:

1.     Plaintiff and Defendant have agreed to the Court's entry of a separately filed Consent Decree and Final Judgment regarding the Breach of Contract claim pled in Count III of Plaintiff's Complaint.

2.     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant stipulate that all other counts and prayers for relief pled in Plaintiff's Complaint are hereby dismissed with prejudice and without costs.

| JOHN DOE | BROWN UNIVERSITY |
|---|---|
| By His Attorneys, | By Its Attorney, |
| /s/ Andrew T. Miltenberg<br>/s/ Tara Davis | /s/ Steven M. Richard |
| Andrew T. Miltenberg (admitted pro hac vice)<br>Tara Davis (admitted pro hac vice)<br>NESENOFF & MILTENBERG, L.L.P.<br>363 Seventh Avenue, Fifth Floor<br>New York, NY 10001<br>Tel: 212-736-4500<br>amiltenberg@nmllplaw.com<br>tdavis@numllplaw.com | Steven M. Richard (#4403)<br>Nixon Peabody LLP<br>One Citizens Plaza, Suite 500<br>Providence, RI 02903<br>Tel: 401-454-1020<br>Fax: 401-454-1030<br>srichard@nixonpeabody.com |

/s/ Samuel D. Zurier
_____
Samuel D. Zurier (#3576)
55 Dorrance Street, Suite 400
Providence, RI  02903
Tel: 401-861-0200
sdz@zurierlaw.com

2